**STATE of Missouri, Respondent,**

v.

**Bill GARY, Appellant.**

**No. WD 40612.**

Missouri Court of Appeals,
Western District.

June 27, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 1, 1989.

Application to Transfer Denied
Sept. 12, 1989.

Sean D. O'Brien, Public Defender, Terri L. Backhus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Debra M. Miles, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

PER CURIAM.

ORDER

Appeal from judgment of conviction for assault in the first degree, § 565.050, RSMo 1986, and armed criminal action, § 571.015, RSMo 1968, and sentence of twelve years and five years to run concurrent.

Judgment affirmed. Rule 84.16(b).